## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM BROWN,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>B. BIRKHOLZ, *Warden of Federal Prison Camp Duluth*; AND MICHAEL CARVAJAL, *Director of the Federal Bureau of Prisons, in their official capacities*,<br><br>　　　　　　Respondent. | Civil No. 21-1807 (JRT/KMM)<br><br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

William Brown, Reg. No. 16006-028, FPC Duluth, P.O. Box 1000, Duluth, MN 55814, *pro se* petitioner.

Ana H Voss, Kristen Rau, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

United States Magistrate Judge Katherine Menendez filed a Report and Recommendation on August 31, 2021.  (ECF No. 5) No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

2

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 15, 2021                       s/John R. Tunheim
at Minneapolis, Minnesota                  JOHN R. TUNHEIM
                                                            Chief Judge
                                                            United States District Court